UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN JAMES MASSARELLO, on behalf of himself and others similarly situated, | Case No. 2:24-cv-12480-RJW-CI <br><br> Hon. Robert J. White |
| Plaintiff, | Magistrate Judge Curtis Ivy, Jr |
| v | |
| POWER HOME REMODELING GROUP, LLC, | |
| Defendant. | |
| _____/ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that George T. Blackmore of Blackmore Law PLLC enters his appearance as local counsel for Plaintiff.

 

Respectfully Submitted,

BLACKMORE LAW PLC

/s/ George T. Blackmore
By: George T. Blackmore (P76942)
BLACKMORE LAW PLC
1100 Owendale Drive, Suite M
Troy, MI 48083
Phone: (888) 835-2993
george@blackmore.law
*Local Counsel for Plaintiff*

Dated: September 26, 2024

1

## CERTIFICATE OF SERVICE

      I certify that on September 26, 2024, I electronically filed this Notice of Appearance with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

                      /s/ George T. Blackmore
                      George T. Blackmore (P76942)