## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **NATHAN JAMES MASSARELLO**  *Plaintiff,*  v.  **POWER HOME REMODELING GROUP, LLC.**  *Defendant* | Judge Robert J. White  Mag. Judge Curtis Ivy, Jr.  Case No. 24-CV-12480 |

### NOTICE OF APPEARANCE OF COUNSEL

Please enter the Appearance of Joseph A. Ciucci of the law firm of Duane Morris, LLP as attorney for Defendant Power Home Remodeling Group, LLC, in the above-captioned matter.

Date: October 9, 2024

By: */s/ Joseph A. Ciucci*

Joseph A. Ciucci
Duane Morris LLP
1075 Peachtree St. NE, Suite 2000
Atlanta, GA 30309-3929
Telephone: (404) 253-6988
Facsimile: (404) 393-0744
jaciucci@duanemorris.com

*Attorneys for Defendant*
*Power Home Remodeling Group, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2024, I caused the foregoing Notice of Appearance of Counsel, to be filed with the Court's CM/ECF electronic filing system on this 9th day of October 2024 to the following individuals:

Anthony I. Parnonich
Parnonich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Email: anthony@paronichlaw.com

Michael L. Greenwald
Greenwald Davidson Radbil, PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: (561) 826-5477
Email: mgreenwald@gdrlawfirm.com

George T. Blackmore (P76942)
Blackmore Law
1129 West 14 Mile Road, Suite 1006
Clawson, Michigan 48017
Email: george@blackmore.law

By: */s/ Joseph A. Ciucci*
      Joseph A. Ciucci