UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN JAMES MASSARELLO,<br><br>    Plaintiff,<br><br>v.<br><br>POWER HOME REMODELING GROUP, LLC,<br><br>    Defendant. | Case No. 24-12480<br><br>Honorable Robert J. White |

**STIPULATED ORDER GRANTING THE PARTIES' JOINT MOTION FOR STIPULATED ORDER STRIKING PLAINTIFF'S REQUEST FOR TREBLE DAMAGES**

This matter comes before the Court on the Parties' Joint Motion for a Stipulated Order Striking Plaintiff's Request for Treble Damages (ECF No. 10). The Parties' joint motion is GRANTED and Paragraph G in Plaintiff's Prayer for Relief in the Amended Complaint (ECF No. 5, PageID.12), which requests entry of an order "[a]warding Plaintiff and the members of the class treble damages under 47 U.S.C. § 227(b)(3)," is hereby STRICKEN.

    SO ORDERED.

Dated: October 17, 2024                                      s/Robert J. White
                                                                           Robert J. White
                                                                           United States District Judge

**STIPULATED TO:**

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Michael Greenwald
GREENWALD DAVIDSON
RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
mgreenwald@gdrlawfirm.com

George T. Blackmore (P76942)
BLACKMORE LAW
1129 West 14 Mile Road, Suite 1006
Clawson, Michigan 48017
george@blackmore.law

*Attorneys For Plaintiff*
Dated: October 15, 2024

*/s/ Gerald L. Maatman Jr.*
Gerald L. Maatman, Jr.
Jennifer A. Riley
Ryan T. Garippo
DUANE MORRIS LLP
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
gmaatman@duanemorris.com
jariley@duanemorris.com
rgarippo@duanemorris.com

Joseph A. Ciucci (P48624)
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
ciucci@duanemorris.com

*Attorneys For Defendant*
Dated: October 15, 2024