UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN JAMES MASSARELLO,<br><br>    Plaintiff(s),<br><br>v.<br><br>POWER HOME REMODELING GROUP, LLC,<br><br>    Defendant(s). | Case No. 24-cv-12480<br><br>Honorable Robert J. White |

**ORDER REQUIRING JOINT DISCOVERY PLAN AND
SETTING RULE 16 SCHEDULING CONFERENCE**

Defendant(s) having answered the complaint, the Court **ORDERS**:

**A.** *Date and Location*. A scheduling conference under Fed. R. Civ. P. 16 is scheduled for **October 9, 2025** at **10:00 a.m**.  <u>**The conference shall occur over Microsoft Teams.  Attendance instructions will be emailed to counsel ahead of the conference.**</u>  Do not contact the Court to confirm the conference date; if it is still on the docket, the conference will proceed as planned.

**B.** *Matters to be considered*. The purpose of the conference is to review the Joint Discovery Plan and expedite the resolution of the case through efficient case management, avoiding wasteful pretrial activities, establishing discovery limits, facilitating settlement, and setting a firm trial date.

**C.** *Joint discovery plan.* At least ten days before the Rule 16 conference, counsel (or unrepresented parties) must meet in person, virtually, or telephonically to discuss the formulation of a Joint Discovery Plan, the nature and bases of the parties' claims and defenses, the possibility of a prompt settlement or resolution of the case, and whether depositions will occur remotely or in person. Plaintiff(s) must schedule the meeting. After the meeting, the parties must file the Joint Discovery Plan no later

than seven days before the conference and in a format of the parties' choosing **or** using the Court's [Joint Discovery Plan Template](#).

    **D.** *Sanctions*. The failure of counsel or an unrepresented party to participate in submission of the Joint Discovery Plan or to appear or participate in the Rule 16 scheduling conference may result in the imposition of any of the sanctions allowed by Rule 16(f), including dismissal of the action or entry of default, as appropriate.

    **E.** *Case manager*. Tara Villereal, tara_villereal@mied.uscourts.gov, (313) 234-5180.

Dated: September 11, 2025           s/Robert J. White
                                                   Robert J. White
                                                   United States District Judge