UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN JAMES MASSARELLO, on behalf of himself and others similarly situated,

     Plaintiff,

v

POWER HOME REMODELING GROUP, LLC,

     Defendant.

_____/

Case No. 2:24-cv-12480-RJW-CI

Hon. Robert J. White

Magistrate Judge Curtis Ivy, Jr

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dana J. Oliver of Oliver Law Center, Inc. enters his appearance as counsel for Plaintiff.

Respectfully Submitted,

OLIVER LAW CENTER, INC.

/s/ Dana J. Oliver
_____
By: Dana J. Oliver
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Phone: (855) 384-3262
Dana@DanaOliverLaw.com

Dated: March 30, 2026

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I certify that on March 30, 2026, I electronically filed this Notice of

Appearance with the Court's CM/ECF system, which will provide notice of this

document's filing on all registered parties.

/s/ Dana J. Oliver
Dana J. Oliver

2