# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Nathan James Massarello,

                         Plaintiff(s),

v.                                                    Case No. 2:24−cv−12480−RJW−CI
                                                      Hon. Robert J. White

Power Home Remodeling
Group, LLC,

                         Defendant(s),

_____

### NOTICE TO APPEAR REMOTELY

   PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Robert J. White as follows:

   • STATUS CONFERENCE:  April 6, 2026 at 11:00 AM

   The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.


### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                         By: s/Tara L Villereal_____
                                   Case Manager


Dated:  April 1, 2026