**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**NATHAN JAMES MASSARELLO**,

*Plaintiff*,

v.

**POWER HOME REMODELING
GROUP, LLC**,

*Defendant*.

Judge Robert J. White

Mag. Judge Curtis Ivy, Jr.

Case No. 24-CV-12480

**UNOPPOSED MOTION FOR STIPULATED ORDER GRANTING
EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION
<u>TO PLAINTIFF'S MOTION TO COMPEL</u>**

Defendant Power Home Remodeling Group, LLC ("Defendant" or "Power"),

by and through its attorneys, Duane Morris LLP, for its Unopposed Motion For

Stipulated Order Granting Extension of Time to File Response in Opposition to

Plaintiff's Motion to Compel, hereby states as follows:

1.      On April 14, 2026, Plaintiff Nathan James Massarello ("Plaintiff" or

"Massarello") filed a motion to compel seeking, *inter alia*, an order compelling

Power to respond to "interrogatory nos. 7-13 and requests for production nos. 7-12."

(ECF No. 25 at PageID.251.)

2.      Under Local Rule 7.1(e)(1)(a) in the U.S. District Court for the Eastern

District of Michigan, "[r]esponses to all motions . . . must be filed within 14 days

- 1 -

after service of the motion." Consequently, Power's response is due on April 28, 2026. Power respectfully requests an extension of that deadline.

3.  Decisions about "whether a deadline should be extended, are decisions left to the discretion of the district court." *Rodriguez v. Hirshberg Acceptance Corp.*, 62 F.4th 270, 276 (6th Cir. 2023) (discussing the distinction between the legal standards under Rule 6(b)(1)(A) and Rule 6(b)(1)(B)).

4.  For that reason, Rule 6 specifies "[w]hen an act may or must be done within a specific time, the court may for good cause, extend the time." Fed. R. Civ. P. 6(b)(1). "[U]nder Rule 6(b)(1), as interpreted by case law, the term 'good cause' imposes a light burden." *McCann v. Cullinan*, No. 11-CV-50125, 2015 WL 4254226, at *10 (N.D. Ill. July 14, 2015) (quotations omitted); *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253 (9th Cir. 2010) ("'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts.") Thus, "an application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." Wright & Miller, 4B Fed. Prac. & Proc. Civ. § 1165.

5.  Here, good cause for an extension exists because the second child of one of Power's attorneys was recently born two weeks earlier than previously anticipated. *See, e.g., Jawhawk Capital Management, LLC v. LSB Industries, Inc.*, No. 08-CV-02561, 2011 WL 13359216, at *1 (D. Kan. Apr. 11, 2011) (granting a

motion for an extension of time when "counsel . . . along with his wife, [were] expecting their first child").  Consequently, Power requires an additional 14 days to respond to Plaintiff's motion to allow defense counsel time to be with his family.

6.      Pursuant to Local Rule 7.1(a) in the U.S. District Court for the Eastern District of Michigan, counsel for Power states that it conferred with counsel for Plaintiff and confirmed this request for an extension of time is unopposed.  This motion is Power's first request for extension of time in response to Plaintiff's motion to compel, not made for the purpose of delay, or for any other improper purpose, and Plaintiff will suffer no prejudice.  The good cause standard, accordingly, is satisfied.

WHEREFORE, Defendant Power Home Remodeling Group, LLC respectfully requests that the Court enter an order extending the deadline for it to file a response in opposition to Plaintiff's motion to compel by 14 days, up until and including May 12, 2026.

**Dated: April 22, 2026**                    Respectfully submitted,

POWER HOME REMODELING
GROUP, LLC

By:  /s/ *Gerald L. Maatman, Jr.*
       One of its attorneys

Gerald L. Maatman, Jr.  (IL Bar No. 6181016)
Jennifer A. Riley (IL Bar No. 6272366)
Ryan T. Garippo (Mich Bar. No. P87790)
**DUANE MORRIS LLP**

- 4 -

190 South La Salle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone: (312) 499-6700
Facsimile:  (312) 499-6701
Email:  gmaatman@duanemorris.com
Email:  jariley@duanemorris.com
Email:  rgarippo@duanemorris.com

Joseph A. Ciucci (Mich. Bar No. P48624)
**DUANE MORRIS LLP**
1075 Peachtree Street, Suite 1700
Atlanta, Georgia 30309
Telephone:  (404) 253-6988
Facsimile:  (404) 393-0744
Email:  ciucci@duanemorris.com

***Attorneys for Defendant***

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| **NATHAN JAMES MASSARELLO**, <br><br> *Plaintiff*, <br><br> v. <br><br> **POWER HOME REMODELING GROUP, LLC**, <br><br> *Defendant*. | Case No. 24-CV-12480 <br><br> Honorable Robert J. White |

**BRIEF FORMAT CERTIFICATION FORM**

I, Gerald L. Maatman, Jr., certify that the foregoing brief complies with Eastern District of Michigan Local Rules 5.1(a), 5.1.1, and 7.1, and Judge White's Case Management Requirements, including the following (click each box to indicate compliance):

☒ the brief contains a statement regarding concurrence, *see* LR 7.1(a);

☒ the brief, including footnotes, uses 14-point font, *see* LR 5.1(a)(3);

☒ the brief contains minimal footnotes and, in all events, no more than 10, *see* Case Management Requirements § III.A;

☒ the brief and all exhibits are filed in searchable PDF format, *see* Case Management Requirements § III.A;

☒ except for footnotes and necessary block quotes, the brief is double spaced (not "Exactly 28 pt" spaced) with one-inch margins, *see* LR 5.1(a)(2);

☒ deposition transcripts have been produced in their entirety (not in minuscript), *see* Case Management Requirements § III.A;

☒ if the brief and exhibits total 50 pages or more, I will mail to chambers a courtesy copy with ECF headers, *see* Case Management Requirements § III.B.

I also acknowledge that my brief will be stricken from the docket if the Court later finds that these requirements are not met.


*/s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.
Attorney for Defendant Power Home Remodeling Group, LLC

## CERTIFICATE OF SERVICE

I, Gerald L. Maatman, Jr., do hereby certify that a true and correct copy of the forgoing document has been furnished by the Court's CM/ECF filing system on this 22nd day of April 2026 to the following individuals:

Anthony I. Parnonich
**PARNONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Email: anthony@paronichlaw.com

Michael L. Greenwald
**GREENWALD DAVIDSON RADBIL, PLLC**
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: (561) 826-5477
Email: mgreenwald@gdrlawfirm.com

George T. Blackmore (P76942)
**BLACKMORE LAW**
1129 West 14 Mile Road, Suite 1006
Clawson, Michigan 48017
Email: george@blackmore.law

Dana J. Oliver
**OLIVER LAW CENTER, INC.**
8790 19th Street, Suite 559
Rancho Cucamonga, California 91701
Telephone:  (562) 500-0600
Email:  dana@danaoliverlaw.com

**Dated: April 22, 2026**

*/s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.
**DUANE MORRIS LLP**
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
Telephone: (312) 499-6700
Email: gmaatman@duanemorris.com

***Counsel for Defendant***