UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN JAMES MASSARELLO,

     Plaintiff,

v.

POWER HOME REMODELING
GROUP, LLC,

     Defendant.

Case No. 24-cv-12480

Honorable Robert J. White

**STIPULATED ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

For the reasons stated therein, and for good cause shown, Defendant Power Home Remodeling Group, LLC's ("Defendant" or "Power") Unopposed Motion For Stipulated Order Granting Extension of Time to File Response in Opposition to Plaintiff's Motion to Compel is **GRANTED**.  Defendant shall file its response in opposition to Plaintiff's motion to compel on or before May 12, 2026.

     SO ORDERED.

Dated: April 24, 2026

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

/s/ Michael Greenwald
[signed with permission]
Anthony I. Paronich
PARNONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Michael Greenwald
GREENWALD DAVIDSON
RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
mgreenwald@gdrlawfirm.com

George T. Blackmore (P76942)
BLACKMORE LAW
1129 West 14 Mile Road, Suite 1006
Clawson, Michigan 48017
george@blackmore.law

Dana J. Oliver
OLIVER LAW CENTER, INC.
8780 19th Street, Suite 559
Rancho Cucamonga, California 91701
Edana@danaoliverlaw.com

***Attorneys For Plaintiff***

/s/ Gerald L. Maatman, Jr.
Gerald L. Maatman, Jr.
Jennifer A. Riley
Ryan T. Garippo
DUANE MORRIS LLP
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
gmaatman@duanemorris.com
jariley@duanemorris.com
rgarippo@duanemorris.com

Joseph A. Ciucci (P48624)
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
ciucci@duanemorris.com

***Attorneys For Defendant***