# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

NATHAN JAMES MASSARELLO,

       *Plaintiff,*

    v.

POWER HOME REMODELING
GROUP, LLC,

       *Defendant.*

Judge Robert J. White

Mag. Judge Curtis Ivy, Jr.

Case No. 24-CV-12480

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORY NOS. 7-13 AND REQUEST FOR PRODUCTION NOS. 7-12 AND JOINT STATEMENT OF <u>RESOLUTION OF DISCOVERY DISPUTE</u>**

Plaintiff Nathan Massarello ("Plaintiff") and Defendant Power Home Remodeling Group, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, jointly notify the Court that they have reached an agreement to resolve Plaintiff's Motion to Compel Answers to Interrogatory Nos. 7-13 and Request for Production Nos. 7-12, ECF No. 25, and state as follows:

1. On April 14, 2026, Plaintiff filed his Motion to Compel Answers to Interrogatory Nos. 7-13 and Request for Production Nos. 7-12. ECF No. 25.

2. Since that time, the Parties have continued to confer in good faith and have agreed to the following in resolution of Plaintiff's motion: On or before May 22, 2026, Defendant will produce to Plaintiff all telephone numbers, on a nationwide

1

basis, to which Defendant placed a call during the time period of September 26, 2020 through April 15, 2026, which: (a) have a "Wrong Number"[1] designation in Defendant's records; and (b) received a telephone call where the disposition associated with that call is: "System Voicemail Left."[2]

3.     For the telephone numbers in Paragraph 2, Defendant will also identify each call it made to those telephone numbers where the designation associated with that call is: "System Voicemail Left."[3]

4.     The Parties further agree that if this Court ultimately certifies this matter as a class action, the Parties will have an opportunity to seek additional class discovery, including additional call records. Both Plaintiff and Defendant reserve all arguments concerning the above-referenced documents and their rights to object to the scope of future, post-certification discovery requests.

---

[1]   The designations that Defendant applies to its customer accounts are: "schedule appointment," "call back," "not interested," "flag," "wrong number," and/or "did not reach." Defendant does not apply other designations to customer accounts.

[2]   Power has not identified any calls made using a possible artificial or prerecorded voice that would not be encompassed in the "System Voicemail Left" calls.

[3]   The Parties are continuing to confer about a potential sample of the "names and addresses" of the individuals that Power associates with the telephone numbers in Paragraph 2. The Parties reserve all arguments to object to and seek this information following additional attempts to confer under Federal Rule of Civil Procedure 37(a)(1).

5.      In light of this agreement, Plaintiff withdraws his Motion to Compel Answers to Interrogatory Nos. 7-13 and Request for Production Nos. 7-12, ECF No. 25, without prejudice.

WHEREFORE, in light of the Parties' above-described agreement, Plaintiff withdraws his Motion to Compel Answers to Interrogatory Nos. 7-13 and Request for Production Nos. 7-12, ECF No. 25, without prejudice.

Dated: May 12, 2026

*/s/ Michael Greenwald*
Michael Greenwald
**GREENWALD DAVIDSON RADBIL PLLC**
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
E:  mgreenwald@gdrlawfirm.com

Anthony I. Paronich
**PARNONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
E:  anthony@paronichlaw.com

George T. Blackmore (P76942)
**BLACKMORE LAW**
1129 West 14 Mile Road, Suite 1006
Clawson, Michigan 48017
E:  george@blackmore.law

***Attorneys For Plaintiff***

Respectfully submitted,

*/s/ Gerald L. Maatman Jr.*
Gerald L. Maatman, Jr.
Jennifer A. Riley
Ryan T. Garippo (P87790)
**DUANE MORRIS LLP**
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
E:  gmaatman@duanemorris.com
E:  jariley@duanemorris.com
E:  rgarippo@duanemorris.com

Joseph A. Ciucci (P48624)
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
E:  ciucci@duanemorris.com

***Attorneys For Defendant***

3