**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| NATHAN JAMES MASSARELLO, on behalf of himself and others similarly situated, | Case No.: 2:24-cv-12480-RJW-CI |
| Plaintiff, | Honorable Robert J. White |
| v. | Magistrate Judge Curtis Ivy, Jr. |
| POWER HOME REMODELING GROUP, LLC, | |
| Defendant. | |

**PLAINTIFF'S WITNESS LIST**

1. Nathan Massarello
   c/o Anthony Paronich
   Paronich Law, P.C.
   350 Lincoln Street, Suite 2400
   Hingham, MA 02043

2. Bryan Zevallos
   c/o AT&T
   11760 U.S. Highway 1, Suite 300
   North Palm Beach, FL 33408

3. Christopher Jordan
   c/o Power Home Remodeling Group, LLC
   (to be contacted through counsel for Defendant)

4. Jamie Dulin
   c/o Power Home Remodeling Group, LLC
   (to be contacted through counsel for Defendant)

5. John Carnevale
   c/o Power Home Remodeling Group, LLC

1

(to be contacted through counsel for Defendant)

6. Carla Peak (Plaintiff's proposed expert)
   Kroll Settlement Administration LLC
   c/o Paronich Law, P.C.
   350 Lincoln Street, Suite 2400
   Hingham, MA 02043

Dated: July 28, 2026          Respectfully submitted,

                              s/ Michael L. Greenwald
                              Michael L. Greenwald
                              GREENWALD DAVIDSON RADBIL PLLC
                              5550 Glades Road, Suite 500
                              Boca Raton, FL 33431
                              Telephone:  (561) 826-5477
                              Email:  mgreenwald@gdrlawfirm.com

                              Anthony Paronich
                              PARONICH LAW, P.C.
                              350 Lincoln Street, Suite 2400
                              Hingham, MA 02043
                              Telephone:  (617) 485-0018
                              Facsimile:  (508) 318-8100
                              Email:  anthony@paronichlaw.com

                              George T. Blackmore
                              BLACKMORE LAW PLC
                              1100 Owendale Drive, Suite M
                              Troy, MI 48083
                              Telephone:  (888) 835-2993
                              Facsimile:  (508) 318-8100
                              Email:  george@blackmore.law

                              *Attorneys for Plaintiff and the Proposed Class*

2