## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| NATHAN JAMES MASSARELLO, | |
| *Plaintiff,* | Judge Robert J. White |
| v. | Mag. Judge Curtis Ivy, Jr. |
| POWER HOME REMODELING GROUP, LLC, | Case No. 24-CV-12480 |
| *Defendant.* | |

### DEFENDANT'S LAY AND EXPERT WITNESS LISTS

Defendant Power Home Remodeling Group, LLC ("Power" or "Defendant"), by and through its attorneys, Duane Morris LLP, pursuant to the Court's May 14, 2026, Text-Only Order granting the Parties' Joint Motion To Modify Scheduling Order, respectfully submits its "[l]ay and expert witness lists."  (ECF No. 29 at PageID 314.)

Power states that it provides the "name[s] and address[es]" or "a general description sufficient to identify the person or the particular class or group to which the person belongs," to allow Plaintiff sufficient time to seek discovery or to depose such individuals during the discovery period.  Fed. R. Civ. P. 30(b)(1).  Power reserves the right to supplement and/or to amend this list, including in the event that a class is certified, no later than the date its pretrial disclosures are due, which is "30

- 1 -

days before trial."  Fed. R. Civ. P. 26(a)(3)(B).  To that end, Power discloses the following lay witnesses:

1.  Christopher Jordan of Power, c/o Duane Morris LLP, 190 S. LaSalle Street, Suite 3700, Chicago, IL 60603;

2.  Jamie Dulin of Power, c/o Duane Morris LLP, 190 S. LaSalle Street, Suite 3700, Chicago, IL 60603;

3.  Scheduling Agents for Power, c/o Duane Morris LLP, 190 S. LaSalle Street, Suite 3700, Chicago, IL 60603;

4.  Customer Development Representatives for Power, c/o Duane Morris LLP, 190 S. LaSalle Street, Suite 3700, Chicago, IL 60603;

5.  Records Custodian for Power, c/o Duane Morris LLP, 190 S. LaSalle Street, Suite 3700, Chicago, IL 60603;

6.  Nathan Massarello, c/o Paronich Law, P.C., 350 Lincoln Street, Suite 3400, Hingham, MA 02043;

7.  Joel Massarello, 915 Lockwood Road, Ortonville, MI 48462;

8.  Alex Wilson, 6225 Waking Lane, Waterford, MI 48329;

9.  Taylor (Shipp) Wilson, 6225 Waking Lane, Waterford, MI 48329;

10.  Bryan Zevallos or a Records Custodian for AT&T Mobility LLC, c/o AT&T Mobility LLC, 155 Federal Street, Suite 7000, Boston, MA 02110;

11. Amy Ware or a Records Custodian for T-Mobile USA, Inc., c/o T-Mobile USA, Inc., 4 Sylvan Way, Parsippany, NJ 07054;

12. Any witnesses identified by Plaintiff on his witness list; and

13. Any witnesses necessary for rebuttal, impeachment, or to authenticate documents.

Further, pursuant to Federal Rule of Civil Procedure 26(a)(2), and this Court's May 14, 2026, Text-Only Order setting a "September 15, 2026," deadline for Defendant's expert reports, Power states that it has retained an expert witness in connection with this matter.  (ECF No. 29 at PageID 314.)  Power reserves the right to supplement this list under the event that a class is certified and up until "90 days before the date set for trial," "within 30 days after the other party's disclosure" for rebuttal evidence, or to make any "additions or changes to [its expert witness disclosures] . . . by the time the party's pretrial disclosures under Rule 26(a)(3) are due."  Fed. R. Civ. P. 26(a)(2)(D)(ii); *see* Fed. R. Civ. P. 26(a)(2)(E) ("The parties must supplement these disclosures when required under Rule 26(e)."); Fed. R. Civ. P. 26(e)(2).

1. David Kalat of Berkeley Research Group, c/o Duane Morris LLP, 190 S. LaSalle Street, Suite 3700, Chicago, IL 60603.

*[signature page follows]*

**Dated: July 28, 2026**                          Respectfully submitted,

                                             POWER HOME REMODELING
                                             GROUP, LLC

                                             By:  /s/ *Gerald L. Maatman, Jr.*
                                                  One of its attorneys

Gerald L. Maatman, Jr.  (IL Bar No. 6181016)
Jennifer A. Riley (IL Bar No. 6272366)
Ryan T. Garippo (Mich Bar. No. P87790)
**DUANE MORRIS LLP**
190 South La Salle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone: (312) 499-6700
Facsimile:  (312) 499-6701
Email:  gmaatman@duanemorris.com
Email:  jariley@duanemorris.com
Email:  rgarippo@duanemorris.com

Joseph A. Ciucci (Mich. Bar No. P48624)
**DUANE MORRIS LLP**
1075 Peachtree Street, Suite 1700
Atlanta, Georgia 30309
Telephone:  (404) 253-6988
Facsimile:  (404) 393-0744
Email:  ciucci@duanemorris.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Gerald L. Maatman, Jr., do hereby certify that a true and correct copy of the forgoing document has been furnished by electronic mail on this 28th day of July 2026 to the following individuals:

Anthony I. Parnonich
**PARNONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Email: anthony@paronichlaw.com

Michael L. Greenwald
**GREENWALD DAVIDSON RADBIL, PLLC**
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: (561) 826-5477
Email: mgreenwald@gdrlawfirm.com

George T. Blackmore (P76942)
**BLACKMORE LAW**
1129 West 14 Mile Road, Suite 1006
Clawson, Michigan 48017
Email: george@blackmore.law

Dana J. Oliver
**OLIVER LAW CENTER, INC.**
8790 19th Street, Suite 559
Rancho Cucamonga, California 91701
Telephone:  (562) 500-0600
Email:  dana@danaoliverlaw.com

**Dated: July 28, 2026**

/s/ *Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.
**DUANE MORRIS LLP**
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
Telephone:  (312) 499-6700
E:  gmaatman@duanemorris.com

*Counsel for Defendant*