**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **NATHAN JAMES MASSARELLO,**<br>*Plaintiff,*<br>v.<br>**POWER HOME REMODELING GROUP, LLC,**<br>*Defendant.* | Judge Robert J. White<br>Mag. Judge Curtis Ivy, Jr.<br>Case No. 24-CV-12480 |

**NOTICE PURSUANT TO LOCAL RULE 41.1**

Plaintiff Nathan James Massarello ("Plaintiff" or "Massarello") and Defendant Power Home Remodeling Group, LLC ("Defendant" or "Power") (collectively, the "Parties"), by and through undersigned counsel, hereby give notice that the case "is to be settled by the parties thereto, otherwise disposed of out of Court, or obviously will not be tried." E.D. Mich. L.R. 41.1. The Parties respectfully request that the Court stay all deadlines by twenty-one (21) days as they negotiate and finalize a joint stipulation of dismissal with prejudice.

[*signature page follows*]

**Dated:** November 9, 2026

Respectfully submitted,

*/s/ Athony Paronich*
Michael Greenwald
**GREENWALD DAVIDSON RADBIL PLLC**
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
E: mgreenwald@gdrlawfirm.com

Anthony I. Paronich
Alex Jilizian
**PARNONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
E: anthony@paronichlaw.com
E: alex@paronichlaw.com

George T. Blackmore (P76942)
**BLACKMORE LAW**
1129 West 14 Mile Road, Suite 1006
Clawson, Michigan 48017
E: george@blackmore.law

Dana J. Oliver
**OLIVER LAW CENTER, INC.**
8790 19th Street, Suite 559
Rancho Cucamonga, California 91701
E: dana@danaoliverlaw.com

***Attorneys For Plaintiff***

*/s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.
Jennifer A. Riley
Ryan T. Garippo (P87790)
**DUANE MORRIS LLP**
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
E: gmaatman@duanemorris.com
E: jariley@duanemorris.com
E: rgarippo@duanemorris.com

Joseph A. Ciucci (P48624)
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
E: ciucci@duanemorris.com

***Attorneys For Defendant***

# CERTIFICATE OF SERVICE

I, Gerald L. Maatman, Jr., do hereby certify that a true and correct copy of the forgoing document has been furnished by the Court's CM/ECF filing system on this 9th day of November 2026 to the following individuals:

Anthony I. Paronich
Alex Jillizan
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Email: anthony@paronichlaw.com
Email: alex@paronichlaw.com

Michael L. Greenwald
**GREENWALD DAVIDSON RADBIL, PLLC**
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: (561) 826-5477
Email: mgreenwald@gdrlawfirm.com

George T. Blackmore (P76942)
**BLACKMORE LAW**
1129 West 14 Mile Road, Suite 1006
Clawson, Michigan 48017
Email: george@blackmore.law

Dana J. Oliver
**OLIVER LAW CENTER, INC.**
8790 19th Street, Suite 559
Rancho Cucamonga, California 91701
Telephone: (562) 500-0600
Email: dana@danaoliverlaw.com

**Dated: November 9, 2026**

/s/ *Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.
**DUANE MORRIS LLP**
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
Telephone: (312) 499-6700
E: gmaatman@duanemorris.com

***Counsel for Defendant***